**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MARYLAND**

ROBERT MULLIN, *

Plaintiff *

Case No.: 1:26-cv-01823

v. *

STATE EMPLOYEES CREDIT UNION OF* MARYLAND, INC.

*

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**STATE EMPLOYEES CREDIT UNION OF MARYLAND'S**
**MOTION TO COMPEL ARBITRATION**

Defendant State Employees Credit Union of Maryland, Inc. ("SECU" or "Defendant"), by its undersigned counsel, respectfully files this Motion to Compel Arbitration.

In support of this Motion, SECU attaches the Memorandum of Law in Support of the Motion to Compel Arbitration. SECU also attaches the Affidavit of Janelle Burgoyne in support of this Motion, as well as the "SECU Membership Agreement and Disclosures."

WHEREFORE, the Court should enter an Order compelling arbitration and stay any claims against SECU pending the completion of such arbitration.

Date: July 7, 2026

Respectfully submitted,

*/s/ Robert A. Gaumont*

Robert A. Gaumont, Fed. Bar No. 26302
Sudipta Das, Fed. Bar No. 30397
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202
Tel/Fax: 410-576-4007
rgaumont@gfrlaw.com
sdas@gfrlaw.com

*Attorneys for Defendant,*
*State Employees Credit Union of Maryland, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July 2026, a copy of the foregoing was served electronically via the Court's ECF system upon all counsel of record.

*/s/ Robert A. Gaumont*
Robert A. Gaumont